(94 South. 922)

PHILLIPS v. STATE. (1 Div. 256.) (Supreme Court of Alabama. Dec. 14, 1922.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

McCLELLAN, J. The appellant was convicted of rape, and the death penalty imposed. The appeal is on the record only; no bill of exceptions being taken. There is no error in the record. The judgment is accordingly affirmed. Affirmed. All the Justices concur.

(94 South. 922)

PROVIDENCE–WASHINGTON INS. CO. v. EGGLESTON. (6 Div. 773.) (Supreme Court of Alabama. Nov. 29, 1922.) Appeal from Circuit Court, Jefferson County; Richards. V. Evans, Judge. Coleman, Coleman & Spain, of Birmingham, for appellant. Gibson & Davis, Wm. A. Jacobs, and Rudulph & Smith, all of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(94 South. 922)

Ex parte ROBERSON. (8 Div. 498.) (Supreme Court of Alabama. Oct. 26, 1922.) Certiorari to Court of Appeals. William Stell and Travis Williams, both of Russellville, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

SAYRE, J. Petition of Jess Roberson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Roberson v. State of Alabama, 18 Ala. App. 634, 94 South. 132. Writ denied.

(93 South. 923)

SIMPSON et al. v. MOORE. (8 Div. 402.) (Supreme Court of Alabama. May 16, 1922.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge.

PER CURIAM. Appeal dismissed by appellant.

(93 South. 923)

SMITH v. STATE. (1 Div. 204.) (Supreme Court of Alabama. June 1, 1922.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

SAYRE, J. There is no bill of exceptions, and no error in the record. The judgment and sentence of the trial court is affirmed.

(94 South. 922)

SOUTHERN RY. CO. et al. v. McDONALD. (5 Div. 835.) (Supreme Court of Alabama. Nov. 23, 1922.) Appeal from Circuit Court, Chilton County; B. K. McMorris, Judge. L. F. Gerald, of Clanton, for appellants. Grady Reynolds, of Clanton, for appellee.

PER CURIAM. Appeal dismissed by appellants.

(94 South. 922)

SOUTHERN RY. CO. v. ROWE. (5 Div. 836.) (Supreme Court of Alabama. Nov. 23, 1922.) Appeal from Circuit Court, Chilton County; B. K. McMorris, Judge. L. F. Gerald, of Clanton, for appellant. Grady Reynolds, of Clanton, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(94 South. 922)

Ex parte STATE. (8 Div. 517.) (Supreme Court of Alabama. November 16, 1922.) Certiorari to Court of Appeals. Harwell G. Davis, Atty. Gen., and Callahan & Harris and S. A. Lynne, all of Decatur, for petitioner. W. H. Long, of Decatur, opposed.

McCLELLAN, J. Petition by the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Love Kimbrell v. State of Alabama, 18 Ala. App. 641, 94 South. 241. Writ denied. See, also, 18 Ala. App. 68, 88 South. 351.

(93 South. 924)

Ex parte STATE ex rel. ATTORNEY GENERAL. (7 Div. 308.) (Supreme Court of Alabama. May 4, 1922.) Certiorari to Court of Appeals. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for petitioner. James C. Burt, of Talladega, opposed.

SAYRE, J. Petition of the State of Alabama, on the relation of its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Grover Burk v. State of Alabama, 92 South. 506.[1] Certiorari denied. As to the question of the corroborating evidence necessary in a case of this sort, see Ex parte State (Whatley v. State), ante, p. 68, 93 South. 599.

All the Justices concur.

(93 South. 924)

STATE ex rel. ALABAMA POWER CO. v. STEWART, Judge. (5 Div. 808.) (Supreme Court of Alabama. June 30, 1922.) Appeal from Circuit Court, Coosa County; W. L. Longshore, Judge. Percy, Benners & Burr and Wm. L. Martin, all of Birmingham, and O. R. Hood, of Gadsden, for appellant. Coleman & Coleman & Spain, of Birmingham, for appellee.

PER CURIAM. Submission set aside and appeal dismissed by agreement.